No. 610, Misc. HORNBECK v. JACKSON, WARDEN. Appellate Division of the Supreme Court of New York, Third Judicial Department. Certiorari denied. Petitioner *pro se*. *Louis J. Lefkowitz*, Attorney General of New York, and *Paxton Blair*, Solicitor General, for respondent.

No. 614, Misc. POLLACK v. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK ET AL. Court of Appeals of New York. Certiorari denied. Petitioner *pro se*. *Frank H. Gordon* for the Association of the Bar of the City of New York, *Jacob Burns* for the New York County Lawyers Association, and *David M. Potts* for the Bronx County Bar Association, respondents.

No. 619, Misc. WORKMAN v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 621, Misc. JONES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 624, Misc. CHAMBERS v. ILLINOIS. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 626, Misc. YATES v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin* for the United States.

No. 629, Misc. UPSHAW v. PEGELOW ET AL. C. A. 4th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin* for the United States.

No. 630, Misc. MULHOLLEN v. JOHNSTON, SUPERINTENDENT, STATE PENITENTIARY, ET AL. Supreme Court of Pennsylvania, Western District. Certiorari denied.